```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08776
   FRANK E LEATHERMAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-7611


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/24/2006 and was confirmed 10/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 11/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
FIRST CREDIT OF AMERICA    UNSECURED        NOT FILED             .00             .00
FIRST CREDIT OF AMERICA    UNSECURED        NOT FILED             .00             .00
FIRST CREDIT OF AMERICA    UNSECURED        NOT FILED             .00             .00
FIRST CREDIT OF AMERICA    UNSECURED        NOT FILED             .00             .00
FIRST CREDIT OF AMERICA    UNSECURED        NOT FILED             .00             .00
500 FAST CASH              UNSECURED        NOT FILED             .00             .00
ART                        UNSECURED        NOT FILED             .00             .00
ADVANCE TIL PAYDAY         UNSECURED        NOT FILED             .00             .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED             .00             .00
ALLIED INTERSTATE          UNSECURED        NOT FILED             .00             .00
AMERILOAN                  UNSECURED        NOT FILED             .00             .00
APPLIED CARD BANK          UNSECURED        NOT FILED             .00             .00
ARROWHEAD INVESTMENTS      UNSECURED        NOT FILED             .00             .00
ASPIRE                     UNSECURED           864.25             .00          315.57
BENEFICIAL HOUSEHOLD~      NOTICE ONLY      NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         11542.27             .00         4214.56
BLUE WHALE PUBLICATIONS    UNSECURED        NOT FILED             .00             .00
CAPITAL ONE                UNSECURED           897.64             .00          327.76
CAPITAL ONE BANK           UNSECURED        NOT FILED             .00             .00
CAPITAL ONE                UNSECURED           626.61             .00          217.84
CAPITAL ONE                UNSECURED           760.50             .00          264.39
CAPITAL ONE                UNSECURED        NOT FILED             .00             .00
CASH ADVANCE NETWORK       UNSECURED        NOT FILED             .00             .00
CASH BACK PAYDAY           UNSECURED        NOT FILED             .00             .00
CBUSASEARS                 UNSECURED        NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED           873.38             .00          318.91
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED             .00             .00
PREMIER BANCARD CHARTER    UNSECURED           518.56             .00          180.28
PREMIER BANCARD CHARTER    UNSECURED           513.08             .00          178.38
G C SERVICES .             NOTICE ONLY      NOT FILED             .00             .00
GFS INC                    UNSECURED        NOT FILED             .00             .00
GOGGINS & LAVINTMAN        UNSECURED        NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 08776 FRANK E LEATHERMAN
```

```
HEALTHCARE ASSOC CREDIT   UNSECURED        NOT FILED           .00             .00
HOUSEHOLD CREDIT          UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED           704.94           .00          245.08
JD MARKETING              UNSECURED        NOT FILED           .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED          1212.03           .00          442.56
MILLENIUM CREDIT CONSULT  NOTICE ONLY      NOT FILED           .00             .00
OPPORTUNITIES UNLIMITED   UNSECURED           300.00           .00          104.29
NATIONAL TITLE LOAN       UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY      NOT FILED           .00             .00
ONE CLICK CASH            UNSECURED        NOT FILED           .00             .00
PD6 MARKETING             UNSECURED        NOT FILED           .00             .00
PPGC                      UNSECURED        NOT FILED           .00             .00
PREFERRED CASH            UNSECURED        NOT FILED           .00             .00
PRLDIRECT.COM             UNSECURED        NOT FILED           .00             .00
QUICK PAYDAY DOT COM      UNSECURED        NOT FILED           .00             .00
SEARS CHARGE PLUS         UNSECURED        NOT FILED           .00             .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00             .00
WELLS FARGO FINANCIAL AC  UNSECURED        NOT FILED           .00             .00
WELLS FARGO AUTO FINANCE  UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          3265.95           .00         1192.53
GATEWAY FINANCIAL SERVIC  SECURED VEHIC    NOT FILED           .00             .00
GATEWAY FINANCIAL SERVIC  UNSECURED        NOT FILED           .00             .00
CASH SUPPLY               UNSECURED        NOT FILED           .00             .00
WFFINANCE                 UNSECURED        NOT FILED           .00             .00
JOSEPH P DOYLE            DEBTOR ATTY       2,600.00                       2,600.00
TOM VAUGHN                TRUSTEE                                            773.33
DEBTOR REFUND             REFUND                                             480.52

        Summary of Receipts and Disbursements:
        ----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
        ----------------------------------------------------------------------
TRUSTEE                 11,856.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      8,002.15
ADMINISTRATIVE                                 2,600.00
TRUSTEE COMPENSATION                             773.33
DEBTOR REFUND                                    480.52
                        ---------------     ---------------
TOTALS                  11,856.00              11,856.00
```

            PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 08776 FRANK E LEATHERMAN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE